# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLAUDIA RANGEL (05), <br><br> Defendant. | Criminal Case No. 11-CR-2201-MMA-5 <br><br> **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO DISMISS AND JUDGMENT THEREON** <br><br> [Doc. No. 97] |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment, with respect to Defendant CLAUDIA RANGEL (05) only, be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: May 1, 2012

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge